LAW OFFICE OF MARK ALAN BENNETT
MARK A. BENNETT (SBN: 175974)
1111 Sixth Avenue Street, Suite 404
San Diego, CA 92101
(619) 237-5308 (Telephone)
(619) 237-5309 (Facsimile)

Attorneys for Plaintiff
KATHLEEN A. COYNE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. COYNE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, a public entity; COUNTY OF SAN DIEGO, DEPARTMENT OF THE PUBLIC DEFENDER, a public agency; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. 08 cv00639 JLS (LSP) <br><br> DEMAND FOR JURY TRIAL <br> [F.R.C.P. 38(b)] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff KATHLEEN A. COYNE hereby requests trial by jury in United States District Court in the above-captioned action.

Respectfully submitted,

LAW OFFICE OF MARK ALAN BENNETT

Dated: April 14, 2008          By: _____
                                   Mark A. Bennett
                                   Attorneys for Plaintiff Kathleen A. Coyne

```
 1  LAW OFFICE OF MARK ALAN BENNETT
    MARK A. BENNETT (SBN: 175974)
 2  1111 Sixth Avenue Street, Suite 404
    San Diego, CA 92101
 3  (619) 237-5308 (Telephone)
    (619) 237-5309 (Facsimile)
 4
    Attorneys for Plaintiff
 5  KATHLEEN A. COYNE
 6
 7
 8
                       UNITED STATES DISTRICT COURT
 9
                     SOUTHERN DISTRICT OF CALIFORNIA
10
11  KATHLEEN A. COYNE,              )  CASE NO. 08 cv00639 JLS (LSP)
                                    )
12            Plaintiff,            )
                                    )  DECLARATION OF SERVICE BY
13       v.                         )  ELECTRONIC MAIL
                                    )
14  COUNTY OF SAN DIEGO, a public   )  Person Served:
    entity, COUNTY OF SAN DIEGO,    )  William H. Songer, Esq.
15  DEPARTMENT OF THE PUBLIC        )
    DEFENDER, a public agency; and  )  Date Served:
16  DOES 1-25, inclusive,           )  April 14, 2008
                                    )
17            Defendants.           )
                                    )
18  _____)
```

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 1111 Sixth Avenue, Suite 404, San Diego, California 92101. On April 14, 2008 I served the following documents:

**DEMAND FOR JURY TRIAL [F.R.C.P. 38(b)]**

by following the procedures for electronic filing with this Court thereby causing electronic service on the parties listed below:

| | |
|---|---|
| **William H. Songer**<br>**COUNTY OF SAN DIEGO,**<br>**OFFICE OF COUNTY COUNSEL**<br>**1600 Pacific Highway, Room 355**<br>**San Diego, CA 92101-2469**<br>**619-531-4749 Telephone**<br>**619-531-6005 Facsimile**<br>**william.songer@sdcounty.ca.gov Email** | **Attorneys for Defendants**<br>**County of San Diego and**<br>**County of San Diego,**<br>**Department of the Public**<br>**Defender** |

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on April 14, 2008 at San Diego, California

_____
Mark A. Bennett