LAW OFFICE OF MARK ALAN BENNETT
MARK A. BENNETT (SBN: 175974)
1111 Sixth Avenue Street, Suite 404
San Diego, CA 92101
(619) 237-5308 (Telephone)
(619) 237-5309 (Facsimile)

Attorneys for Plaintiff
KATHLEEN A. COYNE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. COYNE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; COUNTY OF SAN DIEGO, DEPARTMENT OF THE PUBLIC DEFENDER, a public agency; and DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO. 08 cv00639 JLS (LSP)<br><br>DEMAND FOR JURY TRIAL<br>[F.R.C.P. 38(b)] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that plaintiff KATHLEEN A. COYNE hereby requests trial by jury in United States District Court in the above-captioned action.

Respectfully submitted,

LAW OFFICE OF MARK ALAN BENNETT

Dated: April 16, 2008        By:    ___s/Mark A. Bennett___
                                    Attorney for Plaintiff Kathleen A. Coyne

LAW OFFICE OF MARK ALAN BENNETT
MARK A. BENNETT (SBN: 175974)
1111 Sixth Avenue Street, Suite 404
San Diego, CA 92101
(619) 237-5308 (Telephone)
(619) 237-5309 (Facsimile)

Attorneys for Plaintiff
KATHLEEN A. COYNE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. COYNE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, a public entity; COUNTY OF SAN DIEGO, DEPARTMENT OF THE PUBLIC DEFENDER, a public agency; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. 08 cv00639 JLS (LSP) <br><br> DECLARATION OF SERVICE BY ELECTRONIC MAIL <br><br> Person Served: <br> William H. Songer, Esq. <br><br> Date Served: <br> April 16, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 1111 Sixth Avenue, Suite 404, San Diego, California 92101. On April 16, 2008 I served the following documents:

**DEMAND FOR JURY TRIAL [F.R.C.P. 38(b)]**

by following the procedures for electronic filing with this Court thereby causing electronic service on the parties listed below:

**William H. Songer**
**COUNTY OF SAN DIEGO,**
**OFFICE OF COUNTY COUNSEL**
**1600 Pacific Highway, Room 355**
**San Diego, CA 92101-2469**
**619-531-4749 Telephone**
**619-531-6005 Facsimile**
**william.songer@sdcounty.ca.gov Email**

**Attorneys for Defendants**
**County of San Diego and**
**County of San Diego,**
**Department of the Public**
**Defender**

DECLARATION OF SERVICE BY ELECTRONIC MAIL                           08 cv00639 JLS (LSP)

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on April 16, 2008 at San Diego, California

                                                   s/Mark A. Bennett
                                                   Attorney for Plaintiff Kathleen A. Coyne

DECLARATION OF SERVICE BY ELECTRONIC MAIL                        08 cv00639 JLS (LSP)