LAW OFFICE OF MARK ALAN BENNETT
MARK A. BENNETT (SBN 175974)
1111 Sixth Avenue Street, Suite 404
San Diego, California 92101
(619) 237-5308 (Telephone)
(619) 237-5309 (Facsimile)

Attorneys for Plaintiff
KATHLEEN A. COYNE

**JOHN J. SANSONE, County Counsel**
**County of San Diego**
**WILLIAM H. SONGER, Senior Deputy (SBN 153733)**
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
(619) 531-4749 (Telephone)
(619) 531-6005 (Facsimile)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. COYNE, | CASE NO. 08 cv00639 JLS (LSP) |
| Plaintiff, | PROPOSED DISCOVERY PLAN |
| v. | [F.R.C.P. 26(F)] |
| COUNTY OF SAN DIEGO, a public entity, COUNTY OF SAN DIEGO, DEPARTMENT OF THE PUBLIC DEFENDER, a public agency; and DOES 1-25, inclusive, | |
| Defendants. | |

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on Thursday, May 8, 2008, at the County Administration Building, 1600 Pacific Highway in San Diego, California, and was attended by:

   Mark A. Bennett, The Law Office of Mark Alan Bennett, for Plaintiff KATHLEEN COYNE.

   William Songer, Senior Deputy, The Office of County Counsel, for Defendant THE

1  COUNTY OF SAN DIEGO.

2      2.   <u>Pre-Discovery Disclosures</u>. The parties intend to engage in the initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) one week after the Plaintiff responds to Defendants initial discovery requests, or no later than June 16, 2008

    3.   <u>Discovery Plan.</u> The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects: the facts supporting Plaintiff's claims of retaliation and discrimination as alleged in her complaint filed February 29, 2008, the damages claimed by Plaintiff, and the defenses asserted by Defendant in its answer to the complaint filed on April

    The parties estimate that discovery will be completed by December 30, 2008.

    In addition to written discovery available under the FRCP, the parties currently estimate the following number of depositions, not including expert depositions: Five to six depositions by Plaintiff; one to two depositions by Defendant

    Each deposition limited to a maximum of 7 hours unless extended by agreement of parties, or order of the Court.

    Reports from retained experts under Rule 26(a)(2) will be exchanged September 30, 2008, unless ordered otherwise by the Court

    Reports from rebuttal experts pursuant Rule 26(a)(2)(C)(ii), will be exchanged on October 30, 2008, unless otherwise ordered by the Court.

    Supplemental Disclosures under Rule 26(e) will be due on November 30, 2008.

    4.   Other Items.

    All Pretrial Disclosures, and objections, shall be exchanged pursuant to Rule 26(a)(3)

/ / /
/ / /
/ / /
/ / /
/ / /

1  The case should be ready for trial by March 2, 2009, and at this time is expected to take
2  approximately seven days..

Respectfully submitted,

LAW OFFICE OF MARK ALAN BENNETT

Dated: May 22, 2008      By: _____
                              MARK A. BENNETT,
                              Attorney for Plaintiff Kathleen A. Coyne


JOHN J. SANSONE, County Counsel

Dated: May 22, 2008      By: _____
                              WILLIAM H. SONGER, Senior Deputy
                              Attorneys for Defendant County of San
                              Diego

1  LAW OFFICE OF MARK ALAN BENNETT
   MARK A. BENNETT (SBN: 175974)
2  1111 Sixth Avenue Street, Suite 404
   San Diego, CA 92101
3  (619) 237-5308 (Telephone)
   (619) 237-5309 (Facsimile)
4
   Attorneys for Plaintiff
5  KATHLEEN A. COYNE

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11 KATHLEEN A. COYNE,              )   CASE NO. 08 cv00639 JLS (LSP)
                                   )
12         Plaintiff,              )
                                   )   DECLARATION OF SERVICE BY
13     v.                          )   ELECTRONIC MAIL
                                   )
14 COUNTY OF SAN DIEGO, a public entity, )   Person Served:
   COUNTY OF SAN DIEGO,            )   William H. Songer, Esq.
15 DEPARTMENT OF THE PUBLIC        )
   DEFENDER, a public agency; and DOES 1- )  Date Served:
16 25, inclusive,                  )   May 22, 2008
                                   )
17         Defendants.             )
                                   )
18 _____ )

19         I, the undersigned, declare under penalty of perjury that I am over the age of eighteen

20 years and not a party to this action. My business address is 1111 Sixth Avenue, Suite 404, San

21 Diego, California 92101. On May 22, 2008 I served the following documents:

22                 **PROPOSED DISCOVERY PLAN [F.R.C.P. 26(F)]**

23 by following the procedures for electronic filing with this Court thereby causing electronic

24 service on the parties listed below:

25 **William H. Songer**                          **Attorneys for Defendants**
   **COUNTY OF SAN DIEGO,**                      **County of San Diego and**
26 **OFFICE OF COUNTY COUNSEL**                  **County of San Diego,**
   **1600 Pacific Highway, Room 355**           **Department of the Public**
27 **San Diego, CA 92101-2469**                   **Defender**
   **619-531-4749 Telephone**
28 **619-531-6005 Facsimile**
   **william.songer@sdcounty.ca.gov** Email

DECLARATION OF SERVICE BY ELECTRONIC MAIL                      08 cv00639 JLS (LSP)

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on May 22, 2008 at San Diego, California

_____
Attorney for Plaintiff Kathleen A. Coyne