**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

COYNE _____ v. COUNTY OF SAN DIEGO _____ No. 08-0639-JLS(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. 4.5 H _____

                              Attorneys

        Plaintiffs                              Defendants

DENISE ASHER _____        WILLIAM SONGER _____

_____        _____

_____        _____


        ENE held.

        Counsel shall contact the court regarding further proceedings.


DATED: July 11, 2008


                                _____
                                Hon. Leo S. Papas
                                U.S. Magistrate Judge