1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   KATHLEEN COYNE,                ) Civil No. 08-0639-JLS(LSP)
                                    )
12              Plaintiff,          )
                                    ) ORDER FOLLOWING EARLY NEUTRAL
13   v.                             ) EVALUATION CONFERENCE, SETTING
                                    ) RULE 26 COMPLIANCE AND NOTICE
14   COUNTY OF SAN DIEGO, et al.,   ) OF CASE MANAGEMENT CONFERENCE
                                    ) AND SETTLEMENT CONFERENCES
15              Defendants.         )
     _____ )
16

17        On June 11, 2008, the Court convened an Early Neutral

18   Evaluation Conference (ENE) in the above-entitled action.  Appearing

19   were Denise Asher on behalf of plaintiff and William Songer on

     behalf of defendants.
20

21        Settlement of the case could not be reached at the ENE and

22   the Court therefore discussed compliance with Federal Rule of Civil

     Procedure, Rule 26.  Based thereon, the court issues the following
23

24   orders:

25        1.  Any objections made to initial disclosure pursuant to

26   Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

27   and the parties are ordered to proceed with the initial disclosure

     process.  Any further objections to initial disclosure will be
28

resolved as required by Rule 26.

08cv0639

1        2.   The Rule 26(f) conference shall be completed before

2    July 14, 2008;

3        3.   The date of initial disclosure pursuant to Rule

4    26(a)(1)(A-D) shall occur before July 24, 2008;

5        4.   A discovery plan shall be lodged with Magistrate Judge

6    Papas on or before July 24, 2008; and,

7        5.   A Case Management Conference, pursuant to Federal Rule

8    of Civil Procedure 16(b) shall be held on August 14, 2008, at

9    8:30 AM, in the chambers of Magistrate Judge Leo S. Papas.  Counsel

10   may participate by telephone conference call.  The Court will

11   initiate the conference call.

12       6.   A Settlement Conference shall be held on  September 8,

13   2008 at 9:00 AM.  Defendant and Defendant's counsel only shall

14   attend.

15       7. A Settlement Conference shall be held on  September 10,

16   2008 at 9:00 AM.  Plaintiff and Plaintiff's counsel only shall

17   attend.

18       8. A Settlement Conference shall be held on  September 15,

19   2008 at 9:00 AM.  Defendant and Defendant's counsel only shall

20   attend.

21       9. A Settlement Conference shall be held on September 17,

22   2008 at 9:00 AM.  Plaintiff and Plaintiff's counsel only shall

23   attend.

24       Failure of any counsel or party to comply with this Order

25   \\

26   \\

27   \\

28   \\

08cv0639

1  | will result in the imposition of sanctions.

2  |          IT IS SO ORDERED.

3  |

4  | DATED:   June 19, 2008

5  |

6  |                                        _____
                                            Hon. Leo S. Papas
7  |                                        U.S. Magistrate Judge

08cv0639