**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

COYNE                              v. COUNTY OF SAN DIEGO           No. 08-0639-JLS(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.  2.5 HR

　　　　　　　　　　　　　　　　　　Attorneys
　　　Plaintiffs                                          Defendants

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM SONGER

　　　Settlement Conference held.

DATE: September 8, 2008