**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>COYNE</u>                         v. <u>COUNTY OF SAN DIEGO</u>              No. <u>08-0639-JLS(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>        Rptr. <u>3 H</u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                                        <u>Defendants</u>

<u>MARK BENNETT</u>

Settlement Conference held.

DATE: September 10, 2008